736 A.2d 520
IN THE MATTER OF MICHAEL E. HAWKINS,
AN ATTORNEY AT LAW.

September 22, 1999.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **MICHAEL E. HAWKINS** of **SUITLAND, MARYLAND,** who was admitted to the bar of this State in 1984, and who thereafter was temporarily suspended from practice by Order of this Court dated November 6, 1995, and who remains suspended at this time, be disbarred for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.15(b) and *R.* 1:21–6 (recordkeeping violations and knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice) and said **MICHAEL E. HAWKINS** having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **MICHAEL E. HAWKINS** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL E. HAWKINS,** pursuant to *Rule* 1:21–6, which were restrained from disbursement except upon application to this Court by Order

dated November 6, 1995, for good cause shown, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **MICHAEL E. HAWKINS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.